**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| HENRY D. KING, | ) | CASE NO. 08-13353 |
| TONYA J. KING, | ) | Chapter 7 |
| DEBTOR(S). | ) | |

## NOTICE OF UNCLAIMED FUNDS

Martin E. Seifert, Trustee of the estate of the above-named Debtor(s), now files this Notice of Unclaimed Funds pursuant to FRBP 3010 and 3011. The Trustee has filed his Final Report and Distribution Summary and no objections having been filed to same, the Trustee has disbursed funds as proposed. Trustee notes that check issued to the following creditor was neither returned nor cashed within ninety (90) days after it was issued:

| **CREDITOR** | **ADDRESS** | **DIVIDEND** |
|---|---|---|
| Miisha Kennedy, Bankruptcy Counselor with Morris-Griffin Corporation, contractor for HUD | 2488 E 81st St. Suite #700 Tulsa, OK 74137 | $55.55 |
| | Total | $55.55 |

- 2 -

**WHEREFORE**, Trustee is depositing the total sum of $55.55 with the Clerk of the U.S. Bankruptcy Court, representing unclaimed funds in the above-referenced bankruptcy case.

**Dated: September 3, 2010**

                **Respectfully submitted,**

                **CHAPTER 7 TRUSTEE**
                **444 EAST MAIN STREET**
                **FORT WAYNE, INDIANA 46802**
                **TELEPHONE: (260) 426-0444**
                **FAX: (260) 422-0274**
                **EMAIL: mseifert@hallercolvin.com**

                **BY: /s/ Martin E. Seifert**
                      **MARTIN E. SEIFERT**
                      **I.D. #16857-02**

- 3 -

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and exact copy of the above and foregoing Notice of Unclaimed Funds has been sent electronically by the Court's electronic filing service or by first class United States mail, postage prepaid, this 3rd day of September, 2010, to:

      Jeffrey S. Arnold, Esq.
      209 W. Van Buren St.
      Columbia City, IN 46725

      United States Trustee
      555 One Michiana Square
      100 East Wayne Street
      South Bend, Indiana 46601

      Miisha Kennedy, Bankruptcy Counselor
       with Morris-Griffin Corporation,
       contractor for HUD
      2488 E. 81st St.
      Suite #700
      Tulsa, OK 74137

      /s/ Martin E. Seifert
      **MARTIN E. SEIFERT**